

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 16, 2020

By ECF
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *The New York Times Co. et al. v. Dep't of Defense*, No. 19 Civ. 5779 (GBD)

Dear Judge Daniels:

    This Office represents the U.S. Department of Defense (the "Government") in the above-referenced case brought by the New York Times Company and Carol Rosenberg ("Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"). *See* 5 U.S.C. § 552. With Plaintiffs' consent, we request a short extension of the briefing schedule for the parties' cross-motions for summary judgment, as set out below. The requested extension would extend the deadlines for the parties' cross-motions by two weeks, and would extend the deadlines for the parties' replies (and thus, the completion of all briefing) by four days.

    The Government requests this extension to accommodate the personal health considerations of one of its attorneys, due to which a second attorney will also now be representing the Government in this case. This is the Government's first request for extension of the briefing schedule. Plaintiff consents to this request.

    The parties have agreed upon the following proposed extended deadlines for their cross-motions for summary judgment:

    Government's motion for summary judgment: April 1, 2020

    Plaintiff's cross-motion and response: May 1, 2020

    Government's response and reply: May 22, 2020

    Plaintiff's reply: June 5, 2020

If the Court requires further information, we will provide it promptly.  We thank the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney for the
                                          Southern District of New York
                                          *Attorney for Defendant the*
                                          *U.S. Department of Defense*

By:   /s/ Talia Kraemer
           TALIA KRAEMER
           ANTHONY SUN
           Assistant United States Attorneys
           Telephone:  (212) 637-2822/2810
           Facsimile:  (212) 637-2702
           E-mail:   talia.kraemer@usdoj.gov
                          anthony.sun@usdoj.gov

cc:    David E. McCraw, Esq.
        Alexandra Perloff-Giles, Esq.
        *Attorneys for Plaintiffs*