UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

THE NEW YORK TIMES COMPANY, *620 Eighth Avenue New York, NY 10018*; CAROL ROSENBERG,

                       Plaintiffs,

    -against-

DEPARTMENT OF DEFENSE,

                      Defendant.

------------------------------------- X

ORDER

19 Civ. 5779 (GBD)

GEORGE B. DANIELS, District Judge:

    The November 19, 2020 initial conference is cancelled.

Dated: November 17, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE