UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

THE NEW YORK TIMES COMPANY, *620 Eighth Avenue New York, NY 10018*; CAROL ROSENBERG,

                  Plaintiffs,

-against-

DEPARTMENT OF DEFENSE,

                  Defendant.

------------------------------------ X

ORDER

19 Civ. 5779 (GBD)

GEORGE B. DANIELS, District Judge:

This Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 39), and Plaintiffs' Cross Motion for Summary Judgment, (ECF No. 46), on April 8, 2021, at 10:30 a.m.

Dated: January 5, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE