**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE NEW YORK TIMES COMPANY, *620 Eighth* :
*Avenue New York, NY 10018*; CAROL
ROSENBERG,

                       Plaintiffs, :

      -against- :

DEPARTMENT OF DEFENSE, :

                   Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>ORDER</u>

19 Civ. 5779 (GBD)

GEORGE B. DANIELS, District Judge:

    The April 8, 2021 oral argument is adjourned to May 6, 2021 at 11:00 a.m.

Dated: March 29, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE