**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

THE NEW YORK TIMES COMPANY, *620 Eighth Avenue New York, NY 10018*; CAROL ROSENBERG,

                    Plaintiffs,

-against-

DEPARTMENT OF DEFENSE,

                    Defendant.

------------------------------------- x

ORDER

19 Civ. 5779 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument scheduled for May 6, 2021 is adjourned to June 10, 2021 at 10:30 a.m.

Dated: March 31, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE